UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
S.F. EXPRESS CORP.,

                  Plaintiff,

        -against-

ROBERT S. MCKIM,

                  Defendant.
---------------------------------------------------------x

Civil Action No. 1:15-cv-00125

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE, that Sarah P. Kenney of K&L Gates LLP hereby enters her appearance in this action as counsel for Plaintiff S.F. Express Corp., and requests that all pleadings and papers in this action be served upon the undersigned.

Dated:    New York, New York
           January 20, 2015

                                            Respectfully submitted,

                                            /s/ Sarah P. Kenney
                                            Sarah P. Kenney
                                            K&L GATES LLP
                                            599 Lexington Avenue
                                            New York, New York 10022
                                            (212) 536-3900
                                            (212) 529-3901 (fax)
                                            Email: sarah.kenney@klgates.com

                                            *Attorneys for Plaintiff S.F. Express Corp.*