AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| S.F. Express Corp., <br><br> *Plaintiff(s)* <br> v. <br> Robert S. McKim <br><br> *Defendant(s)* | Civil Action No. 1:15-cv-00125 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Robert S. McKim
    12 West 5th Street
    Port Reading, New Jersey 07064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Eric A. Prager
    K&L Gates LLP
    599 Lexington Avenue
    New York, New York 10022-6030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 01/09/2015

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

Attorney: ERASE PRAGER
K&L GATES LLP ONE NEWARK CENTER 10TH FLOOR
NEWARK NJ 07102

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index / case #: 1:15-CV-00125

S.F. EXPRESS CORP.,
    Plaintiff

**AFFIDAVIT OF SERVICE**

ROBERT S. MCKIM,
    Defendant

_Morris_ County, State of: _New Jersey_ _Carlos Perez_ being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _New Jersey_

On _1/14/15_ at _6:45_ am/**pm** at: 12 WEST 5TH STREET PORT READING NJ 07064

Deponent served the within: SUMMONS & VERIFIED COMPLAINT
CIVIL COVER SHEET

On which were set forth the Index No., herein, and date of filing

On: ROBERT S. MCKIM
(herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[✓] **Suitable Age person** — By delivering thereat a true copy of each to; _Kelli McKim, Spouse_ a person of suitable age and discretion. Said premises is recipients [✓] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to; _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[✓] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [✓] Actual Place of Residence [ ] Actual Place of Business at _12 W. 5th St. Port Reading, NJ 07064_ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[✓] **Description**
[ ] Male    [✓] White skin    [ ] Black hair    [ ] 14-20 Yrs    [ ] Under 5'    [ ] Under 100 Lbs
[✓] Female    [ ] Black skin    [ ] Brown hair    [ ] 21-35 Yrs    [✓] 5'0"-5'3"    [✓] 100-130 Lbs
   [ ] Yellow skin    [ ] Gray hair    [✓] 36-50 Yrs    [ ] 5'4"-5'8"    [ ] 131-160 Lbs
   [ ] Brown skin    [✓] Blonde hair    [ ] 51-65 Yrs    [ ] 5'9"-6'0"    [ ] 161-200 Lbs
   [ ] Red skin    [ ] Red hair    [ ] Over 65 Yrs    [ ] Over 6'    [ ] Over 200 Lbs
Other Identifying Features _____

[✓] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

[ ] _____

Sworn to before me on _January 15, 2015_

(Print name below signature)
_Carlos Perez_

ROBERT CIFELLI
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/2/2018

File No. _____

Work Order No.    103383



US POSTAGE
$ 00.69
First-Class
Mailed From 07950
01/15/2015
032A 0061813363

Robert S. McKim
12 W. 5th. St.
Port Reading, NJ 07064

PERSONAL AND
CONFIDENTIAL