UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

S.F. EXPRESS CORP.,

                Plaintiff,

    -against-

ROBERT S. MCKIM,

               Defendant.

----------------------------------------------------------x

Civil Action No. 1:15-cv-00125

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK )

        **ERIC A. PRAGER**, being duly sworn, deposes and says:

1. I am not a party to this action and I am over 18 years of age.

2. On the 22nd day of January, 2015 I served a true copy of each of the following documents in the manner described below:

**Documents Served:**

    Civil Docket Sheet for Case #1:15-cv-00125-NG-JO (dated 1/21/2015)

    Civil Conference Minute Order (dated 1/20/2015)

    Quality Control Check for Attorney Case Openings (filed 1/12/2015)

    Mandatory Requirements for Initial Status Conference (filed 1/13/2015)

    Rule 73 Notice (filed 1/12/2015)

    Rule 7.1 Corporate Disclosure Statement of Plaintiff S.F. Express Corp. (dated 1/9/15)

    Notice of Related Case (filed 1/12/2015)

NY-1157684 v1

    Case Management and Scheduling Order (dated 1/20/2015)

    Summons in a Civil Action (dated 1/9/2015)

    Notice of Appearance (of Sarah Kenney) (dated 1/20/2015)

    Verified Complaint of S.F. Express Corp. Against Robert S. McKim (dated 1/9/2015)

**Served Upon:**

    Brian Robinson
    Taylor Louis LLP
    44 Wall Street, 12th Floor
    New York, NY 10005
    brianrobinson@taylorlouis.com

**Manner of Service:**

    Via Electronic Mail

_____
Eric A. Prager

Sworn to before me this
23rd day of January 2015

_____
Notary Public

DEBORAH JEAN CERIA MEYERS
Notary Public, State of New York
No. 31-4831744
Qualified in New York County
Commission Expires September 30, 2017